FILED
May 22, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-3398

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

TIMOTHY J. BEARD,

Defendant-Appellant.

Before: CLAY, WHITE, and LARSEN, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk